UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL SALINAS, <br><br> Plaintiff, <br> v. <br><br> JAMES DOUGLAS MILLER et al, <br><br> Defendants. | CASE NO. 3:19-cv-05383-DGE <br><br> ORDER DISMISSING CASE |

On January 6, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).  (Dkt. No. 24.)  Accordingly, this case is DISMISSED without prejudice, with each party to bear its own fees and costs.

Dated this 26th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1